**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JONATHAN CHRISTOPHER COFFER,

        Plaintiff,

    v.

CHACON,

        Defendant.

No. 1:25-cv-01106 JLT BAM (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS

(Doc. 21)

Jonathan Christopher Coffer is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 12, 2026, the magistrate judge screened the first amended complaint and found that Plaintiff stated a cognizable claim against Defendant Chacon for deliberate indifference to serious medical needs in violation of the Eighth Amendment, but failed to state any other cognizable claims for relief. (Doc. 21.) The Court served the findings and recommendations on Plaintiff and informed him that any objections were due in 14 days. (*Id.*) The Court also warned Plaintiff that failure to file timely objections may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff has not filed objections and the deadline to do so has expired.

According to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes the findings and

1

recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on March 12, 2026, (Doc. 21), are **ADOPTED**.

2. This action **SHALL PROCEED** on Plaintiff's first amended complaint against Defendant Chacon for deliberate indifference to serious medical needs in violation of the Eighth Amendment.

3. All other claims are **DISMISSED** based on Plaintiff's failure to state claims upon which relief may be granted.

4. The action is referred back to the magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:    **April 6, 2026**

UNITED STATES DISTRICT JUDGE