# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JONATHAN CHRISTOPHER COFFER,

Plaintiff,

v.

CHACON,

Defendant.

Case No. 1:25-cv-01106-JLT-BAM (PC)

ORDER DENYING PLAINTIFF'S MOTION FOR SUBPOENA WITHOUT PREJUDICE

(ECF No. 30)

Plaintiff Jonathan Christopher Coffer ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Chacon for deliberate indifference to serious medical needs in violation of the Eighth Amendment. Defendant answered the complaint on July 6, 2026. (ECF No. 27.)

On July 14, 2026, the Court referred this case to post-screening Alternative Dispute Resolution and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins. (ECF No. 29.) Pursuant to that order, the parties shall not engage in formal discovery, but may engage in informal discovery to prepare for the settlement conference. (*Id.*)

Currently before the Court is Plaintiff's motion for subpoena, filed on July 13, 2026. (ECF No. 30.) By the motion, Plaintiff requests a subpoena form for the video cameras at Jack-in-the-

Box off of Highway 99. (*Id.*) Defendant did not respond. The motion is deemed submitted. Local Rule 230(l).

Plaintiff's request for a subpoena is premature and will be denied without prejudice. Discovery has not yet opened in this matter. Further, the action has been stayed to allow the parties an opportunity to settle their dispute before the discovery process begins. Accordingly, Plaintiff's motion for subpoena, (ECF No. 30), is HEREBY DENIED without prejudice.[1]

IT IS SO ORDERED.

Dated: **September 16, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

[1] The Court makes no determination regarding the merits of Plaintiff's discovery request.