UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JONATHAN CHRISTOPHER COFFER,
Plaintiff,

v.

CHACON,
Defendant.

1:25-cv-01106-JLT-BAM (PC)

ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE PLAINTIFF **JONATHAN CHRISTOPHER COFFER, CDCR # BA-0138, BY VIDEO CONFERENCE (VIA ZOOM)**

DATE: October 14, 2026
TIME: 1:30 p.m.

**Jonathan Christopher Coffer**, inmate, **CDCR #BA-0138**, a necessary and material witness on his own behalf in a Settlement Conference in this case on October 14, 2026, is confined at the California Health Care Facility in the custody of the Warden/Custodian. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by video conference (via Zoom)** before Magistrate Judge Stanley A. Boone on October 14, 2026, at 1:30 p.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property, to appear by video conference (via Zoom)** to testify in United States District Court at the time and place above, until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden/Custodian of the California Health Care Facility**

**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property, to appear by video conference (via Zoom)** to testify before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated**: September 16, 2026** /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT · Eastern District of California